IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER MAY,

    Defendant.

Case No. 3:22cr117

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S RENEWED MOTION TO REVOKE DETENTION ORDER PURSUANT TO 18 U.S.C. SECTION 3145(b) (DOC NUMBER 32)

---

The Defendant's renewed motion to revoke detention order pursuant to 18 U.S.C. 3145(b) (Doc. #32) is overruled, based upon the following reasons:

1. This is a presumption case, a presumption which Defendant has failed to rebut.

2. Defendant has entered a plea of guilty, pursuant to FedRCrP 11 (c)(1)(C), calling for a range of between five and seven years' imprisonment, should this Court accept the plea agreement.

3. Defendant has a lengthy criminal record, involving firearms and other drug offenses.

4. The plea agreement entered in the captioned cause contains forfeiture allegations of eight weapons, assorted rounds of ammunition, magazines, and attachments.

5. There exists in the Defendant's past criminal record a staggering number of warrants issued for failure to appear on various matters and traffic matters.

6. The home to which Defendant has asked to be released is the identical residence from

which narcotic sales were made. Prior to and following this Defendant's plea of guilty, he made contact with his co-defendant, conversations which included discussions about his case, and suggestions from Defendant that his co-defendant delay turning herself in. Additionally, the Defendant suggested that his co-defendant engage in further illegal activities as a means of making money. In this Court's opinion, such contact belies Defendant's contention that he would comply with any noncontact order insofar as his co-defendant is concerned. Even were the above presumption to have been rebutted, which, in the Court's opinion, it clearly was not, this Court would be unable to find, by the requisite degree of proof, that there exists any condition or combination of conditions such as to guarantee the appearance of the Defendant when required and the safety of any other and the community. Wherefore, based upon the aforesaid, this Court finds not well taken and does, accordingly, overrule Defendant's renewed motion to revoke detention order pursuant to 18 U.S.C. 3145(b) (Doc. #32).

February 14, 2023

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Christopher Owens, USPO